# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ONIKA TANYA MARAJ p/k/a NICKI MINAJ et al.,<br><br>*Defendants.* | Case No.: 2:20-cv-551 RGK (JEMx)<br><br>*Hon. R. Gary Klausner*<br><br>**ORDER GRANTING RENEWED MOTION TO SERVE DEFENDANT BY ALTERNATE MEANS (ECF 16)** |

Having considered Plaintiff's Renewed Motion to Serve Defendant by Alternate Means, and good cause appearing, the Court hereby ORDERS as follows:

The Motion is GRANTED. The Court concludes that service on defendant by the following means is reasonably calculated to give defendant actual notice of this proceeding, and thus GRANTS plaintiff leave to serve defendant as follows:

- by email to litigation counsel Peter Ross (pross@bgrfirm.com) and Eric Lauritsen (elauritsen@bgrfirm.com), and
- by email to business manager Angie Kukawski (angela@blvdmgmt.com).

**IT IS SO ORDERED.**

Dated: May 18, 2020

R. Gary Klausner
United States District Judge

1
ORDER