# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>ONIKA TANYA MARAJ p/k/a NICKI MINAJ et al.,<br><br>    *Defendants.* | Case No.: 2:20-cv-551 RGK (JEMx)<br><br>Hon. R. Gary Klausner<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO AMEND (ECF 31)** |

Having considered the parties' Stipulation for Leave to File First Amended Complaint, and good cause appearing, the Court hereby ORDERS as follows:

The Stipulation is GRANTED. Plaintiff is granted leave to file the First Amended Complaint attached to the Stipulation, for the purpose of including additional factual allegations addressing an eighth photographic image that was allegedly infringed. Plaintiff is to file the First Amended Complaint within two business days.

IT IS SO ORDERED.

Dated: November 6, 2020

                                            */s/ Gary Klausner*
                                            R. Gary Klausner
                                            United States District Judge