Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiff
SPLASH NEWS AND PICTURE AGENCY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>ONIKA TANYA MARAJ p/k/a NICKI MINAJ,<br><br>　　　　　*Defendant.* | Case No.: 2:20-cv-00551 RGK (JEMx)<br><br>*Hon. R. Gary Klausner*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO ABATE**<br><br>Pretrial Conference:　May 24, 2021<br>Trial date:　　　　　　June 8, 2021 |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

　　　　　PLEASE TAKE NOTICE that the parties have reached a settlement in principle that will resolve the matter completely. The parties respectfully request that the Court abate the action and vacate existing deadlines, including the dates set for trial and the pretrial conference, so that they can memorialize their agreement and file the dismissal. Because plaintiff is in bankruptcy proceedings, and the final agreement will require approval of the Nevada Bankruptcy Court, the parties request that the Court allow 60 days for the filing of a dismissal with prejudice.

Dated:　April 16, 2021　　　**PERKOWSKI LEGAL, PC**

　　　　　　　　　　　　By:　　 /s/ Peter Perkowski
　　　　　　　　　　　　　　　　Peter E. Perkowski
　　　　　　　　　　　　　　　　Attorneys for Plaintiff